NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

SHAWN WILLIAM MALMIN, *Petitioner*.

No. 1 CA-CR 18-0515 PRPC
FILED 11-1-2018

Appeal from the Superior Court in Apache County
No. S0100CR201500223
The Honorable Michael D. Latham, Judge

**REVIEW GRANTED AND RELIEF DENIED**

COUNSEL

Apache County Attorney's Office, St. Johns
By Joshua Todd Covey
*Counsel for Respondent*

Shawn William Malmin, St. Johns
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Jennifer M. Perkins, Judge Lawrence F. Winthrop, and Judge Jon W. Thompson delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**         Petitioner Shawn William Malmin seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is petitioner's first petition.

**¶2**         Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**         We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We hold that petitioner has not established an abuse of discretion.

**¶4**         For the foregoing reasons, we grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA